# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-AGRO, LLC, | Case No: 2:11-cv-08136 |
| Plaintiff, | **ORDER RE: DISMISSAL** |
| vs. | Judge: Hon. Alicia G. Rosenberg |
| | Courtroom: D, 8th Floor |
| FLEISCHER FREIGHT SERVICES, INC.; and DOES 1 through 100, INCLUSIVE, | |
| Defendants. | |
| FLEISCHER FREIGHT SERVICES, INC. | |
| Third-Party Plaintiff, | |
| vs. | |
| SHIPCO TRANSPORT, INC.; A.P. MOLLER-MAERSK A/S, | |
| Third-Party Defendants. | |

///

THE COURT, having considered the joint stipulation of Plaintiff Inter-Agro, LLC; Defendant Fleischer Freight Services, Inc.; and Third-Party Defendant A.P. Moller-Maersk A/S to dismiss the remaining claims in this action, and good cause appearing therefor,

IT IS ORDERED that the claims between Plaintiff Inter-Agro, LLC; Defendants Fleischer Freight Services, Inc.; and Does 1 through 10; and Third-Party Defendant A.P. Moller-Maersk A/S are dismissed with prejudice;

IT IS FURTHER ORDERED, pursuant to the Court's previous orders in this action, that the claims by and against Shipco Transport Inc. are dismissed without prejudice.

IT IS SO ORDERED

DATED: February 6, 2013        *Alicia G. Rosenberg*
                               United States Magistrate Judge